IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                ORDER

        Plaintiff,

                                                08-cr-1-bbc

   v.

JEAN M. HOSKING,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Jean M. Hosking has asked the court to stay pending appeal that portion of the judgment and commitment order requiring her to turn over her individual retirement account to the clerk of court for partial payment of her restitution obligation. The motion will be granted. Although I am dubious that defendant has any viable ground on which to challenge the order, I agree with her that without a stay the question will be moot.

ORDER

      IT IS ORDERED that defendant's motion for stay pending appeal of that part of the judgment and commitment order requiring her to turn over her individual retirement account to the clerk of court for disbursement as part of her restitution obligation is

1

GRANTED. In all other respects the judgment remains as entered on March 26, 2008.

FURTHER, IT IS ORDERED that defendant is to make no withdrawals or transfers from the account or allow anyone else to do so pending the resolution of her appeal.

Entered this 4th day of April, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge