IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                 ORDER

                Plaintiff,

                                                               08-cr-01-bbc

    v.

JEAN M. HOSKING,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case was remanded by the Court of Appeals for the Seventh Circuit to this court for a redetermination of the amount of restitution owed by defendant for the investigative expenses of the victim, State Bank of Cross Plains, Cross Plains, Wisconsin.  The redetermination became unnecessary after counsel for the parties were able to stipulate to a final amount of $100,000, (making defendant's total restitution obligation $602,246.52).

      The only remaining issue is whether defendant should be allowed to withdraw the $100,000 from the retirement fund in two parts, as she prefers, or to withdraw it in full immediately.  After hearing argument from counsel, I determined that defendant should be allowed to withdraw the funds in two parts, thereby minimizing her tax obligations and increasing the amount of money defendant will have for fulfilling the remainder of her

1

restitution obligation.

ORDER

IT IS ORDERED that defendant Jean M. Hosking's request to pay $100,000 from her retirement fund in two parts is GRANTED. No later than October 2, 2009, she is to pay $50,000 to the Clerk of Court for the Western District of Wisconsin for disbursement to the State Bank of Cross Plains. No later than January 15, 2010, she is to pay another $50,000 to the Clerk of Court for the Western District of Wisconsin for disbursement to the State Bank of Cross Plains.

Entered this 2d day of September, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge